

**Phillips Lytle LLP**

**Via ECF/Pacer and Regular Mail**　　　　　　　　　　　　　　December 10, 2009
Joshua Bleichman, Esq.
Bleichman & Klein
268 Route 59
Spring Valley, New York 10977

Re:  Dloughy v. Household Finance Corp.
      Adversary Case No. 09-08314

Dear Mr. Bleichman:

As you know, we represent Household Finance Realty Corporation of New York ("Household") in connection with the above matter. This confirms that Household's time to respond to the complaint herein is extended through and including January 11, 2010.

Thank you for your courtesies.

Very Truly Yours,

Phillips Lytle LLP

By
Todd A. Ritschdorff

TAR/

Doc # 06-42334.1

**TODD A. RITSCHDORFF**
Direct 518 472 1224, ext 1232  tritschdorff@phillipslytle.com
ATTORNEYS AT LAW

OMNI PLAZA  30 SOUTH PEARL STREET  ALBANY, NY 12207-3425  PHONE 518 472 1224  FAX 518 472 1227
BUFFALO  ALBANY  CHAUTAUQUA  GARDEN CITY  NEW YORK  ROCHESTER  WWW.PHILLIPSLYTLE.COM