

## Phillips Lytle LLP

**Via ECF/Pacer and Regular Mail**                                May 14, 2010
Joshua Bleichman, Esq.
Bleichman & Klein
268 Route 59
Spring Valley, New York 10977

Re: Dloughy v. Household Finance Corp.
    Adversary Case No. 09-08314

Dear Mr. Bleichman:

As you know, we represent Household Finance Realty Corporation of New York ("Household") in connection with the above matter. This confirms that Household's time to respond to the complaint herein is extended through and including July 16, 2010.

Thank you for your courtesies.

Very Truly Yours,

Phillips Lytle LLP

By _____
Todd A. Ritschdorff

TAR/

Doc # 06-46376.1

TODD A. RITSCHDORFF
Direct 518 472 1224, ext 1232  tritschdorff@phillipslytle.com
ATTORNEYS AT LAW

OMNI PLAZA  30 SOUTH PEARL STREET  ALBANY, NY 12207-3425  PHONE 518 472 1224  FAX 518 472 1227
BUFFALO ALBANY CHAUTAUQUA GARDEN CITY NEW YORK ROCHESTER  WWW.PHILLIPSLYTLE.COM